# File Hashes for IP Address 96.241.211.93

**ISP:** Verizon FiOS
**Physical Location:** Gainesville, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/30/2014 16:29:14 | 2756740A7F3BBB5C7CDF75B9D1F1ED72E8946F34 | In for the Night |
| 07/30/2014 16:26:37 | 52974B70A08203E667AC5D9FBDFA88F5842E1DF1 | At Home With Tiffany |
| 07/30/2014 16:21:31 | 5D1148F9EB8F5B1D943661A91F138360B4BF57C5 | California Dreams |
| 07/30/2014 16:00:34 | D2CEF42B12255477B18002859B65233E80C6FCE8 | Be With Me |
| 07/30/2014 15:53:11 | 8D357CC8A76374C2534F5B6C92DFA6373DD18A48 | Coming Late |
| 06/27/2014 02:16:19 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 06/23/2014 00:07:46 | C84CEE035F21CF4AD3452F4ED6893F25FEDAB2CC | Go Down On Me |
| 06/23/2014 00:04:07 | FC886EF2E1708CFC7115D2DDF773C6118755F233 | Lovers Way |
| 06/22/2014 23:57:01 | 42146DAB79DD68F191F7D7F3CA6E02B0EC842F27 | Enjoy My Backdoor |
| 06/10/2014 22:51:12 | 61A9FAF7574D48FCB656BD866BE4BFBB4A498CF9 | Dancing Romance |
| 06/05/2014 14:56:50 | 174C62BE8672489BB6BE54EF12431EAA24351B49 | Like The First Time |
| 06/05/2014 14:32:17 | 84ABF3B1B881BF16E463DEE19669223AB87B562F | Sex With Glasses |
| 06/04/2014 02:50:49 | 28D254BBB8DF3F45585100E8DD4C71653F8F0F44 | From Three to Four Part 2 |
| 05/31/2014 22:24:52 | A632A578F7401E1A9A7AE25DC66DC266C23FBFEE | Blindfold Me Baby |
| 05/28/2014 03:21:08 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 05/28/2014 03:09:45 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |
| 05/28/2014 03:08:45 | 9B2D98987560366CA5F58EC444BC76A49A868BA1 | Meet My Lover From Austria |
| 05/28/2014 02:54:51 | 1BED6A751D4E44BFFB2798BB16C9C602A913B1F2 | Just Watch Part 2 |
| 05/23/2014 20:05:07 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 04/21/2014 18:57:34 | 55476DB0F16D822FE4E53445C15669823FB3B57E | Double Tease |
| 04/21/2014 18:20:52 | 65A94886F80F754C8920E2B13DE0DA0B59DD9BD8 | Rendezvous |
| 04/21/2014 18:10:07 | 65E7A48144F70A63BAD3F1BE1DB3AB2AB525C621 | Catching Up |

EVA79                                                                                  EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/11/2014 19:46:30 | E3D0ECD62AC239734AF56342913472D0757B4E64 | Not Alone |
| 03/21/2014 17:54:07 | 8C6F7B93472842C4DBD081201056822BEF60C625 | Sweet Dreamers |
| 03/21/2014 17:52:10 | A1AD1EFC25ECACCAF835F06862CEB5EC40D1289F | Deep Blue Passion |
| 03/17/2014 16:36:48 | 04A0A1ED0684867A1CF36283CBED7DA1A1B0F811 | Feeling Frisky |
| 03/11/2014 19:52:14 | 2A49A45ED898A2E8587E15BD4A83EDE709D66D26 | Sex and Submission |
| 03/11/2014 19:49:57 | 2DD8681E585A4C365B2BC5C1FDF5D642B1A3CABF | So Young |
| 03/11/2014 19:46:11 | B5B43E4DB872B1542BE930D603EE869ECBF0AE6D | Trophy Wife |
| 02/28/2014 23:24:47 | 4EAF12772FE00F106FD91610E5325F1BFF87C75A | Three Way is the Best Way |
| 02/28/2014 06:38:34 | 85E12154C5682384996C362A4F88F18E29252F5F | Submissive Seduction |
| 02/27/2014 05:35:26 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 01/14/2014 02:29:34 | C4C01C14C69576A79968B2F922836AD3814B7644 | Playing Dress Up |
| 01/14/2014 02:28:08 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 01/14/2014 02:20:00 | 85A065477B91C6CACF77B5220F2F08226738649D | Getting Ready For You |
| 01/14/2014 02:09:25 | FD0B269279B7F1330CE463A47F61C4998D4D1F2D | Model Couple on Vacation |
| 12/27/2013 18:27:15 | A71F53AF49426369741F89B3CFEB8A692E301CF1 | No Turning Back Part #2 |
| 12/27/2013 18:01:40 | E4BE8E720C61D26AD1C4D01C44CEEFA77DF24D92 | Apertif Our Style |
| 12/19/2013 02:45:59 | F84E7BD9064DC07A14CFD0658A4F3600C3C656E1 | Blindfold Me Part #2 |
| 12/14/2013 05:14:24 | 9FEFF22B7BA424BFB8847B7B41A62450FC059745 | So Right Its Wrong |
| 12/13/2013 05:56:40 | 45DC4C75A52E734324368B98FFA827362758CBB5 | My Naughty Girl |
| 12/11/2013 02:25:20 | A43186CE0F1ECABA41DE92FE0F4AB00CD112FC6D | Arrest Me |

**Total Statutory Claims Against Defendant: 42**

EVA79

EXHIBIT A